**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DORNA SPORTS, S.L. | )<br>) Case No. 24-cv-686<br>) |
| Plaintiff, | )<br>) Judge Jeremy C. Daniel |
| v. | )<br>) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 11, 2024 [Dkt. No. 47] in favor of Plaintiff DORNA SPORTS, S.L. ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **No.** | **Seller Name** |
|---|---|
| 8 | Mibobo Store |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

DATED: April 8, 2025	Respectfully submitted,

               By: <u>s/Michael A. Hierl</u>
                  Michael A. Hierl (Bar No. 3128021)
                  William B. Kalbac (Bar No. 6301771)
                  Robert P. McMurray (Bar No. 6324332)
                  Hughes Socol Piers Resnick & Dym, Ltd.
                  Three First National Plaza
                  70 W. Madison Street, Suite 4000
                  Chicago, Illinois 60602
                  (312) 580-0100 Telephone
                  mhierl@hsplegal.com

                  Attorneys for Plaintiff
                  DORNA SPORTS, S.L.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on April 8, 2025.

                                              s/Michael A. Hierl